562

ana denied. *Mr. Purnell M. Milner* for petitioner. Mr. *Peter Jung, Sr.,* for respondents. 

No. 905. St. Louis-San Francisco Ry. Co. *v.* Martin. May 31, 1932. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Edward T. Miller* and *Alexander P. Stewart* for petitioner. *Mr. W. H. Douglass* for respondent. 

No. 906. Texas Steel Co. *v.* Railroad Commission of Texas et al. May 31, 1932. Petition for writ of certiorari to the Court of Civil Appeals, Third Supreme Judicial District, of Texas, denied. *Mr. George W. Armstrong* for petitioner. *Messrs. Fred L. Wallace* and *Wm. E. Allen* for respondents. 

No. 909. Angelus Building & Investment Co. *v.* Commissioner of Internal Revenue. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George Bouchard* and *Joseph D. Brady* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, A. H. Conner,* and *Wm. H. Riley, Jr.,* for respondent. 

No. 910. South Norfolk et al. *v.* Maryland Casualty Co. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. E. A. Bilisoly, Tazewell Taylor, Jr.,* and

*James G. Martin* for petitioners. *Messrs. Braden Vandeventer* and *J. W. Eggleston* for respondent.

No. 914. STEVENS, RECEIVER, *v.* COMPANIA PETROLERA CAPUCHINAS ET AL. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Francis L. Kohlman, Martin Conboy,* and *Saul J. Lance* for petitioner. *Mr. Wm. M. Chadbourne* for respondents.

No. 915. LEE, EXECUTRIX, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. May 31, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. John E. Laskey* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Hayner N. Larson,* and *Wilbur H. Friedman* for respondent.

No. 917. ILLINOIS TERMINAL CO. *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Adrian C. Humphreys* and *Newton K. Fox* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Joseph H. Sheppard, Bradley B. Gilman,* and *W. Marvin Smith* for the United States.

No. 918. SCHUETTE *v.* ANDERSON, COLLECTOR OF INTERNAL REVENUE. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Gerald Donovan* for petitioner.